Locke Lord Bissell & Liddell LLP
John M. Hochhausler (SBN 143801)
jhochhausler@lockelord.com
Matthew B. McClendon (SBN 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Tel:   (213) 485-1500
Fax:   (213) 485-1200

Attorneys for Defendants
**EXECUTIVE TRUSTEE SERVICES, LLC (incorrectly sued herein as ETS SERVICES LLC) and HOMECOMINGS FINANCIAL, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SALAZAR, | CASE NO. |
| Plaintiff, | **DEFENDANTS' NOTICE OF RELATED CASES** |
| vs. | **[Local Rule 83-1.3.1]** |
| ETS SERVICES, LLC.; HOMECOMINGS FINANCIAL, LLC, AND DOES 1-50, INCLUSIVE, | [Superior Court of California, County of Los Angeles – Central District, Case No. BC404778] |
| Defendants. | Complaint Filed: December 30, 2008 |

PLEASE TAKE NOTICE that Defendants Executive Trustee Services, LLC ("Executive Trustee") (incorrectly sued herein as ETS Services, LLC) and Homecomings Financial, LLC ("Homecomings") (collectively, "Defendants") hereby provide notice as required by Local Rule 83-1.3.1 of related cases previously filed or currently pending in the Central District of the United States District Court of

1
DEFENDANTS' NOTICE OF RELATED CASES

1  California.

2     Based on knowledge and belief, Defendants assert that no related or pending
3  cases exist as defined in Local Rule 83-1.3.1.

4

5  Dated: January 29, 2008                    Respectfully submitted,

6                                             LOCKE LORD BISSELL & LIDDELL
7                                             LLP

8

9
10                                            By: _____
                                                  John M. Hochhausler
11                                                Matthew B. McClendon
12                                                Attorneys for Defendant
                                                  EXECUTIVE TRUSTEE SERVICES,
13                                                LLC (incorrectly sued herein as ETS
14                                                SERVICES LLC) and HOMECOMINGS
                                                  FINANCIAL, LLC
15

16  LA 616904v.1

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

2
DEFENDANTS' NOTICE OF RELATED CASES